■ In the Matter of MARK LEVINE et al., Appellants, v EDWARD HORN et al., Respondents-Respondents, and ROBERT S. BLACK et al., Constituting the Board of Elections in the City of New York, Respondents. (Proceeding No. 1.) In the Matter of MELVIN MILLER et al., Appellants, v EDWARD HORN et al., Respondents-Respondents, and ROBERT S. BLACK et al., Constituting the Board of Elections in the City of New York, Respondents. (Proceeding No. 2.) — Judgment of the Supreme Court,

Kings County (Hirsch, J.), dated August 17, 1984, affirmed, and judgment of the same court, dated August 20, 1984, affirmed, insofar as appealed from, without costs or disbursements. No opinion. Bracken, J. P., O'Connor, Niehoff and Boyers, JJ., concur.